UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-8110-DLB

UNITED STATES OF AMERICA

    v.

JEAN YVES SELIUS
    Defendant
_____/

**<u>NOTICE OF APPEARANCE AS COUNSEL OF RECORD FOR TRIAL PURPOSES ONLY</u>**

    The Clerk of the Court in and for the United States District Court, Southern District of Florida, will please enter the appearance of the undersigned attorney for the Defendant, JEAN YVES SELIUS, in the above entitled cause, for Trial purposes only.  Counsel agrees to represent the Defendant for all proceedings arising out of the transaction with which the Defendant is presently charged in the United States District Court, in and for the Southern District of Florida.

    Counsel hereby states that this appearance is unconditional and in conformity with the requirements for Local General Rule 16 and the Special Rules Governing the Admission and practice of Attorneys.  Counsel acknowledges responsibility to advise the Defendant of the right of appeal, to file a timely notice of appeal if requested to do so by the Defendant and to pursue that appeal unless relieved by Court Order.

    Fee disputes between counsel and client shall not be a basis for withdrawal from this representation.

        s/ I. Scott Skier
        SCOTT SKIER, ESQUIRE
        FLORIDA BAR #621374
        THE SKIER LAW FIRM, P.A.
        625 N. FLAGLER DRIVE, STE. 675
        WEST PALM BEACH, FLORIDA 33401
        TELEPHONE:        (561) 820-1508
        scott@skierlawfirm.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 30, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified.

## SERVICE LIST

USA v. Jean Yves Selius

Case No: 16-8110-DLB

**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA**

Ellen L. Cohen
United States Attorney's Office
500 South Australian Avenue
Suite 400
West Palm Beach, Florida 33401
Attorney for the United States of America
Via Notice of Electronic Filing Generated by CM/ECF